UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE V., | ) | CIVIL ACTION NO. 4:22-CV-1430 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MARTIN O'MALLEY, *Social Security* | ) | |
| *Commissioner*, | ) | |
| Defendant | ) | |

## **ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED

that:

(1)     The final decision of the Commissioner is VACATED. This case is
REMANDED for further proceedings pursuant to sentence four of 42
U.S.C. § 405(g).

(2)     Final judgment will be issued pursuant to Rule 58 of the Federal Rules
of Civil Procedure in favor of Jose V. by separate order.

(3)     The Clerk of Court is DIRECTED to close this case.

Date: October 25, 2024                    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge